UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| BOBBY RAY COLLINS,<br><br>          Plaintiff,<br><br>v.<br><br>THOMAS WEBSTER, M.D., et al.,<br><br>          Defendants. | )<br>)<br>)<br>)   No. 2:09-cv-247-WTL-TAB<br>)<br>)<br>)<br>) |

**Entry Discussing Request to Proceed on Appeal In Forma Pauperis**

      The plaintiff's request for leave to proceed on appeal *in forma pauperis* (dkt 91) is **denied.** An appeal may not be taken *in forma pauperis* if the trial court certifies that the appeal is not taken in good faith. 28 U.S.C. § 1915; *see Coppedge v. United States,* 369 U.S. 438 (1962). "Good faith" within the meaning of § 1915 must be judged by an objective, not a subjective, standard. *Id.* There is no objectively reasonable argument which the plaintiff could present to argue that the disposition of this action was erroneous–nor does his request for leave to proceed on appeal *in forma pauperis* even suggest such an argument. In pursuing an appeal, the plaintiff "is acting in bad faith . . . [because] to sue in bad faith means merely to sue on the basis of a frivolous claim, which is to say a claim that no reasonable person could suppose to have any merit." *Lee v. Clinton,* 209 F.3d 1025, 1026 (7th Cir. 2000).

      **IT IS SO ORDERED.**

Date: 06/18/2010

_William T. Lawrence_
Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Distribution:

Jeffrey L. Hunter
UNITED STATES ATTORNEY'S OFFICE
jeff.hunter@usdoj.gov

Bobby Ray Collins
27382-077
Lewisburg - U.S. Penitentiary
Inmate Mail/Parcels
P.O. Box 1000
Lewisburg, PA 17837